# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **COOBIE DEON DAVIS** | **CIVIL ACTION NO. 19-0924** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **THIRD JUDICIAL DISTRICT COURT, LINCOLN PARISH** | **MAG. JUDGE KAREN L. HAYES** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Coobie Deon Davis's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 14th day of November, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

COOBIE DEON DAVIS                               CIVIL ACTION NO. 19-0924

VS.                                             SECTION P

                                                JUDGE TERRY A. DOUGHTY

THIRD JUDICIAL DISTRICT                         MAG. JUDGE KAREN L. HAYES
COURT, LINCOLN PARISH

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Coobie Deon Davis's claims are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this _____ day of November, 2019.

                                                _____
                                                TERRY A. DOUGHTY
                                                UNITED STATES DISTRICT JUDGE